1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

DAVID ARKEEN EVANS,

12

Plaintiff,

13

v.

14

DIAZ, *et al.*,

15

Defendants.

16

Case No.  1:22-cv-00291-NODJ-BAM (PC)

ORDER DIRECTING PERSONAL SERVICE OF NOTICE OF SUGGESTION OF DEATH BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS

(ECF No. 56)

17    Plaintiff David Arkeen Evans ("Plaintiff") is a state prisoner proceeding *pro se* in this

18 civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended

19 complaint against: (1) Defendants E. Diaz and Ramirez for excessive force in violation of the

20 Eighth Amendment for spraying Plaintiff with OC spray; (2) Defendant Reed for excessive force

21 in violation of the Eighth Amendment for ramming Plaintiff with his riot shield and pinning

22 Plaintiff to a desk; (3) Defendants E. Diaz and Ramirez for excessive force in violation of the

23 Eighth Amendment for applying excessively tight ankle restraints and dragging Plaintiff by the

24 chain of the shackles into the hallway; (4) Defendants Martin, E. Diaz, Ramirez, and Marin for

25 excessive force in violation of the Eighth Amendment for beating Plaintiff with batons in the

26 hallway; (5) Defendants A. Aguilar and E. Figueroa for failure to intervene in violation of the

27 Eighth Amendment; (6) Defendant Bradford for deliberate indifference to serious medical needs

28 in violation of the Eighth Amendment for refusing to admit Plaintiff to a suicide crisis bed after

1  Plaintiff swallowed two razor blades with the intent of killing himself; and (8) Defendants

2  Stanley, Arrozola, and Aguilar for unconstitutional conditions of confinement in violation of the

3  Eighth Amendment.

4        On April 10, 2023, the Court received information from the United States Marshals

5  Service ("USMS") that Defendant Anthony Reed died in 2021 from complications related to

6  COVID, and could not be served.  (ECF No. 27.)  Following the resolution of motions related to

7  the proper procedures for the substitution of a party, on November 29, 2023, the Court granted

8  Plaintiff's request for USMS to execute personal service of a notice of suggestion of death by

9  Plaintiff and directed Plaintiff to file a notice of suggestion of death for Defendant Reed.  (ECF

10  No. 53.)  Currently before the Court is Plaintiff's notice of suggestion of death of Defendant

11  Reed, including the last known address for Defendant Reed's non-party successors or

12  representatives, filed February 23, 2024.  (ECF No. 56.)

13        As discussed in the Court's November 29, 2023 order, the Court finds it appropriate to

14  direct the USMS to personally serve non-parties Mackenzie Odle (a.k.a. Mackenzie Fey Odle or

15  Mackenzie Fey Reed) and Christopher Reed with Plaintiff's notice of suggestion of death of

16  Defendant Reed, pursuant to Federal Rule of Civil Procedure 4(c)(3).

17        Accordingly, it is HEREBY ORDERED that:

18  1.  The Clerk of the Court shall complete one (1) USM-285 form for <u>each</u> of the following

19      individuals:

20          **Mackenzie Odle (a.k.a. Mackenzie Fey Odle or Mackenzie Fey Reed)**
            **710 W. Day Avenue, Apt. A**
21          **Bakersfield, CA 93308**

22          **Christopher Reed**
            **710 W. Day Avenue, Apt. A**
23          **Bakersfield, CA 93308**

24

25  2.  The Clerk of the Court shall forward the following documents to the USMS:

26      a.  One (1) copy of the February 23, 2024 motion to substitute, (ECF No. 56);

27      b.  Two (2) completed USM-285 forms (as described above); and

28      c.  Three (3) copies of this order (two (2) to accompany the notices of suggestion of

1    death and one (1) for the USMS);

2    3.   On or before **March 12, 2024**, the USMS is DIRECTED to personally serve the motion,

3        along with a copy of this order, on non-parties Mackenzie Odle and Christopher Reed at

4        the above Bakersfield, California address; and

5    4.   Within **ten (10) days** after personal service is effected, the USMS SHALL file the returns

6        of service, along with the costs subsequently incurred in effecting service, and said costs

7        shall be enumerated on the USM-285 forms.

8
9    IT IS SO ORDERED.

10   Dated:   **February 27, 2024**            /s/ *Barbara A. McAuliffe*

11                                          UNITED STATES MAGISTRATE JUDGE

3