# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARKEEM EVANS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIAZ, *et al.*,<br><br>　　　　Defendants. | Case No.  1:22-cv-00291-KES-BAM (PC)<br><br>ORDER VACATING JUNE 10, 2024, HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 63) |

Plaintiff David Arkeem Evans ("Plaintiff") is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against: (1) Defendants E. Diaz and Ramirez for excessive force in violation of the Eighth Amendment for spraying Plaintiff with OC spray; (2) Defendant Reed for excessive force in violation of the Eighth Amendment for ramming Plaintiff with his riot shield and pinning Plaintiff to a desk; (3) Defendants E. Diaz and Ramirez for excessive force in violation of the Eighth Amendment for applying excessively tight ankle restraints and dragging Plaintiff by the chain of the shackles into the hallway; (4) Defendants Martins, E. Diaz, Ramirez, and Marin for excessive force in violation of the Eighth Amendment for beating Plaintiff with batons in the hallway; (5) Defendants A. Aguilar and E. Figueroa for failure to intervene in violation of the Eighth Amendment; (6) Defendant Bradford for deliberate indifference to serious medical needs in violation of the Eighth Amendment for refusing to admit Plaintiff to a suicide crisis bed after

Plaintiff swallowed two razor blades with the intent of killing himself; and (7) Defendants Stanley, Arrozola, and Aguilar for unconstitutional conditions of confinement in violation of the Eighth Amendment.

On May 2, 2024, Defendants E. Figueroa, D. Stanley, M. Arrozola, D. Marin, C. Ramirez, E. Diaz, J. Bradford, J. Martins, and A. Aguilar filed a motion for summary judgment and set a motion hearing before District Judge Kirk E. Sherriff on June 10, 2024, at 1:30 p.m.  (ECF No. 63.)

Pursuant to Local Rule 230(l), "all motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding *in propia persona*, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar."  The parties are advised that although Plaintiff has been released from custody, it is the Court's general practice to continue to apply Local Rule 230(l) and certain other local rules concerning actions in which one party is incarcerated and proceeding *in propia persona*, even when the *pro se* plaintiff is no longer incarcerated.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The motion hearing set for June 10, 2024, before District Judge Kirk E. Sherriff, is VACATED; and
2. Plaintiff's opposition to Defendants' motion for summary judgment, (ECF No. 63), remains due within **twenty-one (21) days** after service of the motion.

IT IS SO ORDERED.

Dated:   **May 2, 2024**              /s/ *Barbara A. McAuliffe*              
                                                     UNITED STATES MAGISTRATE JUDGE