1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11  DAVID ARKEEM EVANS,                          No.  1:22-cv-00291-KES-BAM (PC)

12          Plaintiff,                           ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS TO DISMISS
13      v.                                       DECEASED DEFENDANT REED FOR
                                                 FAILURE TO SUBSTITUTE
14  ERNESTO DIAZ, *et al.*,
                                                 (Doc. 70)
15          Defendants.

16

17          Plaintiff David Arkeem Evans is a state prisoner proceeding pro se in this civil rights

18  action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate

19  judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On January 19, 2023, the court issued an order for this action to proceeds on plaintiff's

21  first amended complaint against: (1) defendants E. Diaz and Ramirez for excessive force in

22  violation of the Eighth Amendment for spraying plaintiff with OC spray; (2) defendant Reed for

23  excessive force in violation of the Eighth Amendment for ramming plaintiff with his riot shield

24  and pinning plaintiff to a desk; (3) defendants E. Diaz and Ramirez for excessive force in

25  violation of the Eighth Amendment for applying excessively tight ankle restraints and dragging

26  plaintiff by the chain of the shackles into the hallway; (4) defendants Martin, E. Diaz, Ramirez,

27  and Marin for excessive force in violation of the Eighth Amendment for beating plaintiff with

28  batons in the hallway; (5) defendants A. Aguilar and E. Figueroa for failure to intervene in

1

1  violation of the Eighth Amendment; (6) defendant Bradford for deliberate indifference to serious

2  medical needs in violation of the Eighth Amendment for refusing to admit plaintiff to a suicide

3  crisis bed after plaintiff swallowed two razor blades with the intent of killing himself; and

4  (7) defendants Stanley, Arrozola, and Aguilar for unconstitutional conditions of confinement in

5  violation of the Eighth Amendment.

6         On June 17, 2024, the assigned magistrate judge issued findings and recommendations,

7  recommending dismissal of deceased defendant Reed from this action due to plaintiff's failure to

8  substitute pursuant to Federal Rule of Civil Procedure 25.  Doc. 70.  Those findings and

9  recommendations were served on the parties and contained notice that any objections thereto

10  were to be filed within fourteen (14) days after service.  *Id.*  No objections were filed, and the

11  deadline to do so has expired.

12         In accordance with 28 U.S.C. § 636 (b)(1)(C), the court has conducted a de novo review

13  of the case.  Having carefully reviewed the file, the court concludes that the magistrate judge's

14  findings and recommendations are supported by the record and proper analysis.

15         Accordingly, IT IS HEREBY ORDERED:

16  1.  The findings and recommendations issued on June 17, 2024 (Doc. 70) are ADOPTED IN

17       FULL;

18  2.  Defendant Reed is dismissed for failure to substitute the proper party pursuant to Federal

19       Rule of Civil Procedure 25;

20  3.  This action shall proceed on plaintiff's first amended complaint only against:

21       (1) defendants E. Diaz and Ramirez for excessive force in violation of the Eighth

22       Amendment for spraying plaintiff with OC spray; (2) defendants E. Diaz and Ramirez for

23       excessive force in violation of the Eighth Amendment for applying excessively tight ankle

24       restraints and dragging plaintiff by the chain of the shackles into the hallway;

25       (3) defendants Martin, E. Diaz, Ramirez, and Marin for excessive force in violation of the

26       Eighth Amendment for beating plaintiff with batons in the hallway; (4) defendants A.

27       Aguilar and E. Figueroa for failure to intervene in violation of the Eighth Amendment;

28       (5) defendant Bradford for deliberate indifference to serious medical needs in violation of

2

1    the Eighth Amendment for refusing to admit plaintiff to a suicide crisis bed after plaintiff

2    swallowed two razor blades with the intent of killing himself; and (6) defendants Stanley,

3    Arrozola, and Aguilar for unconstitutional conditions of confinement in violation of the

4    Eighth Amendment; and

5    4.  This action is referred back to the magistrate judge for further proceedings consistent with

6        this order.

7

8

9   IT IS SO ORDERED.

10     Dated:   August 23, 2024                    _____
                                                    UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3