**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARKEEM EVANS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIAZ, *et al.*,<br><br>　　　　Defendants. | Case No.  1:22-cv-00291-KES-BAM (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING JULY 28, 2025 SETTLEMENT CONFERENCE<br><br>(ECF No. 89) |

　　　　Plaintiff David Arkeem Evans ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against (1) Defendants E. Diaz and Ramirez for excessive force in violation of the Eighth Amendment for spraying Plaintiff with OC spray; (2) Defendants E. Diaz and Ramirez for excessive force in violation of the Eighth Amendment for applying excessively tight ankle restraints and dragging Plaintiff by the chain of the shackles into the hallway; (3) Defendants Martins, E. Diaz, Ramirez, and Marin for excessive force in violation of the Eighth Amendment for beating Plaintiff with batons in the hallway; (4) Defendants A. Aguilar and E. Figueroa for failure to intervene in violation of the Eighth Amendment; (5) Defendant Bradford for deliberate indifference to serious medical needs in violation of the Eighth Amendment for refusing to admit Plaintiff to a suicide crisis bed after Plaintiff swallowed two razor blades with the intent of killing himself; and (6) Defendants Stanley, Arrozola, and Aguilar

for unconstitutional conditions of confinement in violation of the Eighth Amendment.

On May 27, 2025, the Court issued an order staying the case and setting an in-person settlement conference for July 28, 2025. (ECF No. 89.) The Court has now determined that the stay should be lifted and the July 28, 2025 settlement conference be vacated. This case is now ready to proceed on Defendants' pending motion for summary judgment. (ECF No. 63, 80, 81.)

If the parties wish to set a settlement conference with the Court at a later date, they should so inform the Court. However, the parties are also reminded that they are not precluded from negotiating a settlement without judicial assistance.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action, (ECF No. 89), is LIFTED;
2. The July 28, 2025 settlement conference is VACATED; and
3. Defendants' motion for summary judgment will be decided in due course.

IT IS SO ORDERED.

Dated:   **June 11, 2025**              /s/ *Barbara A. McAuliffe*              
                                                     UNITED STATES MAGISTRATE JUDGE