UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARKEEM EVANS,<br>Plaintiff,<br>v.<br>DIAZ, *et al.*,<br>Defendants. | Case No. 1:22-cv-00291-KES-FJS (PC)<br>ORDER SETTING VIDEO TRIAL SCHEDULING CONFERENCE<br>Date: October 26, 2026<br>Time: 9:30 a.m. |

Plaintiff David Arkeem Evans ("Plaintiff") is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 8, 2026, the district judge adopted in the full the August 5, 2025, findings and recommendations granting in part and denying in part Defendants' motion for summary judgment. (ECF No. 100.) This case is now ready to set for a jury trial on Plaintiff's first amended complaint against: (1) Defendants E. Diaz and Ramirez for excessive force in violation of the Eighth Amendment for spraying plaintiff with OC spray; (2) Defendants E. Diaz and Ramirez for excessive force in violation of the Eighth Amendment for applying excessively tight ankle restraints and dragging Plaintiff by the chain of the shackles into the hallway; (3) Defendants Martins, E. Diaz, Ramirez, and Marin for excessive force in violation of the Eighth Amendment for beating Plaintiff with batons in the hallway; (4) Defendants A. Aguilar and E. Figueroa for failure to intervene in violation of the Eighth

Amendment; and (5) Defendants Stanley, Arrozola, and Aguilar for unconstitutional conditions of confinement in violation of the Eighth Amendment. (*Id.*)

The court will set a video trial scheduling conference for October 26, 2026, at 9:30 a.m. to discuss setting the relevant deadlines and trial date before District Judge Kirk E. Sherriff.

Accordingly, IT IS HEREBY ORDERED as follows:

1. A video trial scheduling conference is set for October 26, 2026, at 9:30 a.m., before the undersigned in Courtroom 8 (FJS);
2. The parties shall appear by video (via Zoom);
3. Plaintiff and counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom dial-in information;
4. If any party is unable to attend the trial scheduling conference due to a scheduling conflict or lack of access to a device with videoconferencing capabilities and a reliable internet connection, such party should inform the court by written notice by no later than October 9, 2026, so the court may determine if there are alternative dates or arrangements that can be made; and
5. A failure to attend the trial scheduling conference may result in a recommendation that this action be dismissed, with prejudice, for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated: **September 10, 2026**

UNITED STATES MAGISTRATE JUDGE