UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARKEEM EVANS,<br>Plaintiff,<br>v.<br>ERNESTO DIAZ; JOHN MARTINS; STANLEY; CRISTIAN RAMIREZ; A. AGUILAR; E. FIGUEROA; MARIN; and ARROZOLA,<br>Defendants. | Case No. 1:22-cv-00291-KES-FJS (PC)<br>ORDER TO RECAPTION CASE |

This action now proceeds only against Defendants Diaz, Martins, Stanley, Ramirez, Aguilar, Figueroa, Marin, and Arrozola. (ECF No. 100.) Therefore, the caption should reflect that this action no longer proceeds against any other defendants. In addition, the docket for this case should reflect the proper spelling of the names of Plaintiff David Arkeem Evans and Defendant John Martins. Accordingly, the caption and docket for this case shall be as reflected above.

IT IS SO ORDERED.

Dated: **September 10, 2026**

UNITED STATES MAGISTRATE JUDGE