UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID ARKEEM EVANS,

Plaintiff,

v.

ERNESTO DIAZ, *et al.*,

Defendants.

Case No. 1:22-cv-00291-KES-FJS (PC)

ORDER VACATING OCTOBER 26, 2026, TRIAL SCHEDULING CONFERENCE

(ECF No. 102)

Plaintiff David Arkeem Evans ("Plaintiff") is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 8, 2026, the district judge adopted in full the August 5, 2025, findings and recommendations granting in part and denying in part Defendants' motion for summary judgment. (ECF No. 100.) Plaintiff's first amended complaint makes allegations against: (1) Defendants E. Diaz and Ramirez for excessive force in violation of the Eighth Amendment for spraying plaintiff with OC spray; (2) Defendants E. Diaz and Ramirez for excessive force in violation of the Eighth Amendment for applying excessively tight ankle restraints and dragging Plaintiff by the chain of the shackles into the hallway; (3) Defendants Martins, E. Diaz, Ramirez, and Marin for excessive force in violation of the Eighth Amendment for beating Plaintiff with batons in the hallway; (4) Defendants A. Aguilar and E. Figueroa for failure to intervene in violation of the Eighth Amendment; and

(5) Defendants Stanley, Arrozola, and Aguilar for unconstitutional conditions of confinement in violation of the Eighth Amendment. (*Id.*)

On September 10, 2026, the court set a trial scheduling conference. (ECF No. 102.) On September 24, 2026, the undersigned issued findings and recommendations recommending dismissal of this action, without prejudice, based on Plaintiff's failure to prosecute. (ECF No. 104.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.*) No objections have been filed, and the deadline to do so has passed. In light of the pending findings and recommendation recommending the dismissal of the action, the court finds it appropriate to vacate the trial scheduling conference pending further proceedings.

Accordingly, IT IS HEREBY ORDERED that the trial scheduling conference set for October 26, 2026, is VACATED.

IT IS SO ORDERED.

Dated: **October 19, 2026**

UNITED STATES MAGISTRATE JUDGE