UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARKEEM EVANS,<br>Plaintiff,<br>v.<br>ERNESTO DIAZ, et al.,<br>Defendants. | No. 1:22-cv-00291-KES-FJS (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE<br>(Doc. 104) |

Plaintiff David Arkeem Evans ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 8, 2025, Plaintiff filed a notice of change of address indicating that he had been released from custody and was residing at the provided residential address. Doc. 97. On March 23, 2026, this action was reassigned to Magistrate Judge Frank J. Singer. Doc. 99. On April 3, 2026, the Court's reassignment order was returned as "Undeliverable, No Such Number." Plaintiff did not file a notice of change of address or otherwise communicate with the Court.

On September 8, 2026, the undersigned issued an order adopting findings and recommendations to grant in part and deny in part Defendants' motion for summary judgment. Doc. 100. On September 22, 2026, the order adopting was returned as "Undeliverable, Return to Sender, No Mail Receptacle, Unable to Forward." Plaintiff has not communicated with the court for over 10 months, since the filing of his December 8, 2025, notice of change of address.

Accordingly, on September 24, 2026, the magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, based on Plaintiff's failure to prosecute. Doc. 104. Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* No objections have been filed, and the deadline to do so has passed. Plaintiff has not updated his address or otherwise communicated with the court regarding this action.

In accordance with 28 U.S.C. § 636 (b)(1), this court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Based on the foregoing, the Court ORDERS:

1. The findings and recommendations issued on September 24, 2026, Doc. 104, are adopted in full;
2. This action is dismissed, without prejudice, due to Plaintiff's failure to prosecute; and
3. The Clerk of the Court is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated: October 31, 2026

UNITED STATES DISTRICT JUDGE